**Motion Granted; Appeal Dismissed and Memorandum Opinion filed May 31, 2018.**



In The

# Fourteenth Court of Appeals

## NO. 14-18-00365-CV

### IN THE ESTATE OF WAJIH ARIF SAFI, DECEASED

**On Appeal from Probate Court No. 3**
**Harris County, Texas**
**Trial Court Cause No. 449,677**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed February 14, 2018. On May 18, 2018, appellant, Somaiah Kholaif, filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted and the appeal is dismissed.

PER CURIAM

Panel consists of Justices Boyce, Busby, and Donovan.